IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAMONT MONTEZ THIBODEAUX,<br><br>Defendant. | CASE NO. 2:19-CR-00091-MCE<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS COUNT FIVE OF THE INDICTMENT PURSUANT TO RULE 48(a) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and based upon the motion filed by the United States, the Court finds it is in the interest of justice to grant the United States' motion and, therefore, IT IS HEREBY ORDERED that Count Five of the May 30, 2019 Indictment (ECF No. 40) against defendant Lamont Montez Thibodeaux is hereby DISMISSED without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

Dated: November 19, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE