KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for LAMONT THIBODEAUX

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No.  19-CR-0091DAD-10 |
| Plaintiff, ) | |
| ) | REQUEST FOR WAIVER OF |
| v.   ) | DEFENDANT'S IN PERSON |
| ) | APPEARANCE (Local Rule 137(b) & |
| ) | FRCP 43) |
| LAMONT THIBODEAUX ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant LAMONT THIBODEAUX hereby waives his right to be personally present in open court for the hearing of any status conference, motion to modify conditions of bail, or other motion or proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

Defendant LAMONTH THIBODEAUX hereby requests the court to proceed in his absence.  Mr. THIBODEAUX lives in Texas and suffers extreme medical issues that stem from his weight being over 670 pounds. This issues make travel difficult and costly, and the waiver of his appearance will ease the financial burden of traveling to Sacramento

-1-

for status conferences or other motions that do not necessitate his personal appearance. Defendant agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present.  Defendant further agrees to be present in court ready for trial on any date set by the court in his absence.

Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. section 3161 – 3174), and he has authorized his undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without being personally present.

The original signed copy of this document will be kept in Ms. Babineau's file.

Dated:  September 21, 2022                               Respectfully submitted,

/s/Lamont Thibodeaux
By: LAMONT THIBODEAUX
Defendant

Dated: September 21, 2022

/s/Kelly Babineau
By: Kelly Babineau
Attorney for Defendant
LAMONT THIBODEAUX

**O R D E R**

IT IS SO ORDERED.

Dated:  **September 22, 2022**          ___Dale A. Drozd___
UNITED STATES DISTRICT JUDGE