KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for LAMONT THIBODEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No.  19-CR-0091 DAD |
| Plaintiff, | ) |
| | ) ORDER RE; |
| v. | ) MODIFIED CONDITIONS OF |
| | ) PRETRIAL RELEASE |
| | ) |
| LAMONT THIBODEAUX | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**O R D E R**

IT IS SO FOUND AND ORDERED that Lamont Thibodeaux is allowed to travel on Carnival Cruise line from Galveston, Texas on October 20, 2022, to return to Galveston, Texas on October 24, 2022. Mr. Thibodeaux is not allowed to leave the cruise ship when it is docked in Cozumel, Mexico. Mr. Thibodeaux must contact his pretrial officer immediately before he boards the cruise ship, and as soon as he debarks on October 24, 2022. All other pretrial orders are to remain in full force and effect.

IT IS SO ORDERED.

Dated:  September 23, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-1-