LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
LAMONT THIBODEAUX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LAMONT MONTEZ THIBODEAUX,<br><br>        Defendant. | Case No.: 2:19-cr-0091 DAD<br><br>STIPULATION ORDER MODIFYING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE |

    Defendant Lamont Thibodeaux is presently on pre-trial release subject to special and general conditions. He is being supervised out of the Southern District of Texas. He is charged with attempting to possess a controlled substance with intent to distribute (21 U.S.C. §§ 846 and 841) and two counts of using a communication facility to facilitate a drug trafficking offense (21 U.S.C. § 843(b)). His matter is presently set for a status conference before United States District Court Judge Dale A. Drozd on August 29, 2023.

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney David Spencer, and Defendant Lamont Thibodeaux by and through his attorney Todd D. Leras, stipulate as follows:

1. Defendant Lamont Thibodeaux initially appeared via videoconference in this matter in the Western District of Louisiana.  (United States District Court for the Western District of Louisiana Case Number 2:20-mj-096 KK) on June 29, 2020.  United States Magistrate Judge Kathleen Kay ordered Mr. Thibodeaux released on the general and special conditions listed in the attached "Order Setting Conditions of Release" (hereafter the "Release Order")  (Docket Entry 6 in Case No. 2:20-mj-096 KK). Magistrate Judge Kay ordered Mr. Thibodeaux to appear in this district pursuant to Rule 5 of the Federal Rules of Criminal Procedure.

2. During the Initial Appearance and Arraignment in this district, held by videoconference on July 14, 2020, United States Magistrate Judge Allison Claire ordered Mr. Thibodeaux to remain on release as previously provided in the Release Order.  (ECF Entry 239).  The Release Order included various special conditions of release, including random drug testing as directed by Thibodeaux's pre-trial services officer (Special Condition 7(n)).

3. Supervisory Pretrial Services Officer Ryan Garcia contacted the parties via email on June 20, 2023, indicating that Mr. Thibodeaux shows no history of prior drug abuse and has not submitted any positive drug tests for illegal substances.  Officer Garcia indicated that his office is in favor of requesting removal of the drug testing condition.

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

4. The government has no objection to removal of the drug testing condition provided that all other conditions of release remain in full force and effect.

The parties therefore request modification of Mr. Thibodeaux's Special Conditions of Release to eliminate Special Condition 7(n) (drug testing). All other special and general conditions of the Release Order shall remain in full force and effect. Assistant U.S. Attorney David Spencer has reviewed this Stipulation and Proposed Order and has authorized via email Todd D. Leras to sign it on his behalf.

DATED: June 21, 2023

By  */s/ Todd D. Leras for*
DAVID SPENCER
Assistant United States Attorney

DATED: June 21, 2023

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
LAMONT THIBODEAUX

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that Special Condition of Release 7(n) (drug testing) be eliminated. All other general and special conditions of release imposed by this Court shall remain in full force and effect.

IT IS SO ORDERED.

Dated: June 22, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS