LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
LAMONT THIBODEAUX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LAMONT MONTEZ THIBODEAUX,<br><br>    Defendant. | Case No.: 2:19-cr-00091 DAD<br><br>[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:    Hon. Dale A. Drozd<br>Date:     November 12, 2024<br>Time:     9:30 a.m. |

   This matter is currently set for a Sentencing Hearing on November 12, 2024.  Defendant Lamont Thibodeaux is released on pre-trial conditions and lives at his mother's house in Missouri City, Texas, a suburb of Houston.  He suffers from serious medical conditions resulting from clinical obesity and associated comorbidities, including mobility issues and use of an

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

oxygen tank and CPAP machine to assist his breathing.

Given Mr. Thibodeaux's health issues and his residence in Texas, defense counsel requires additional time to complete investigation and preparation of sentencing mitigation materials.  It is therefore requested that the Court vacate the Sentencing Hearing on November 12, 2024, and set a Sentencing Hearing on March 24, 2025.  The assigned probation officer has confirmed her availability on the requested date.  The government does not oppose the request.  The defense further requests to modify the Pre-Sentence Investigation Report (PSR) Disclosure Schedule as follows:

1.  Draft Pre-Sentence Report Date:  February 10, 2025;

2.  Informal Objections to Draft Pre-Sentence Report:  February 24, 2025;

3.  Final Pre-Sentence Report Date:   March 3, 2025;

4.  Motion for Correction Date:  March 10, 2025; and

5.   Reply Date:  March 17, 2025

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney David Spencer has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  October 24, 2024

By  */s/ Todd D. Leras for*
DAVID W. SPENCER
Assistant United States Attorney

DATED: October 24, 2024

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
LAMONT THIBODEAUX

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing, set for November 12, 2024, is vacated.  The Sentencing Hearing in this matter is continued to March 24, 2025, at 9:30 a.m.   The PSR Disclosure Schedule requested by the parties is adopted.  **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **November 1, 2024**   _/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE