LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
LAMONT THIBODEAUX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAMONT MONTEZ THIBODEAUX,<br><br>Defendant. | Case No.: 2:19-cr-00091 DAD<br><br>ORDER TO CONTINUE   SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:   Hon. Dale A. Drozd<br>Date:    March 24, 2025 |

This matter is currently set for a Sentencing Hearing on March 24, 2025. Defendant Lamont Thibodeaux is released on pre-trial conditions and lives at his mother's house in Missouri City, Texas, a suburb of Houston. He suffers from serious medical conditions resulting from clinical obesity and associated comorbidities, including mobility issues and use of an

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

oxygen tank and CPAP machine to assist his breathing. His use of the CPAP machine makes it virtually impossible to understand him over the telephone or over a Zoom connection. Defense counsel and the assigned probation officer are looking into a method for conducting the probation interview given these unusual circumstances. It may be necessary for defense counsel to travel to Texas and be present during the interview with Mr. Thibodeaux.

Given Mr. Thibodeaux's health issues and communication difficulties, defense counsel and the probation officer require additional time to complete the Pre-Sentence Investigation Report (PSR). It is therefore requested that the Court vacate the Sentencing Hearing on March 24, 2025, and set a Sentencing Hearing on June 23, 2025. The assigned probation officer has confirmed her availability on the requested date. The government does not oppose the request. The defense further requests to modify the Pre-Sentence Investigation Report (PSR) Disclosure Schedule as follows:

1. Draft Pre-Sentence Report Date:  May 12, 2025;

2. Informal Objections to Draft Pre-Sentence Report:  May 26, 2025;

3. Final Pre-Sentence Report Date:   June 2, 2025;

4. Motion for Correction Date:  June 9, 2025; and

5.  Reply Date:  June 16, 2025

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney David Spencer has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  March 3, 2025

By    */s/ Todd D. Leras for*
　　　DAVID W. SPENCER
　　　Assistant United States Attorney

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

DATED: March 3, 2025                    By    */s/ Todd D. Leras*
                                               TODD D. LERAS
                                               Attorney for Defendant
                                               LAMONT THIBODEAUX

# ORDER

GOOD CAUSE APPEARING BASED ON THE REPRESENTATIONS OF THE PARTIES, the Sentencing Hearing, set for March 24, 2025, is vacated.  The Sentencing Hearing in this matter is continued to June 23, 2025, at 9:30 a.m.   The PSR Disclosure Schedule requested by the parties is adopted.  **Further requests for continuance of this matter will not be granted in the absence of a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **March 4, 2025**              *Dale A. Drozd*
                                         DALE A. DROZD
                                         UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE