LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
LAMONT THIBODEAUX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAMONT MONTEZ THIBODEAUX,<br><br>Defendant. | Case No.: 2:19-cr-00091 DAD-10<br><br>ORDER TO CONTINUE   SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br><br>Court:     Hon. Dale A. Drozd<br>Date:       June 23, 2025 |

   This matter is currently set for a Sentencing Hearing on June 23, 2025.  The Probation Department has completed and filed with the Court a Presentence Investigation Report (PSR) and Sentencing Recommendation.  Defendant Lamont Thibodeaux is released on pre-trial conditions and lives at his mother's house in Missouri City, Texas, a suburb of Houston.  He

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

suffers from serious medical conditions resulting from clinical obesity and associated comorbidities.

The defense is requesting to continue the Sentencing Hearing for the purpose of completing its mitigation investigation. After consultation with the assigned probation officer and prosecutor, all parties are available for the Sentencing Hearing on August 25, 2025.

There is good cause for the requested continuance. The original mitigation specialist, who is based in Texas, was in a serious rollover collision shortly after an introductory meeting with defense counsel. The collision occurred while the original mitigation specialist accompanied a local defense attorney to a client interview at the Nevada County Jail on April 2, 2025. Assistant United States Attorney David Spencer is aware of the severity of the collision. AUSA Spencer had a jury trial scheduled with the same defense counsel involved in the collision before Senior United States District Judge William B. Shubb. That jury trial was continued because of the injuries suffered by the defense attorney. The original mitigation specialist suffered similar injuries and required similar recovery time.

Counsel for Mr. Thibodeaux requested the assistance of a local mitigation specialist as a replacement. The replacement mitigation specialist indicates that he needs additional time to prepare mitigation materials given Mr. Thibodeaux's extensive medical and psychological history. He also indicates that he may need to travel to the Houston area to obtain supplemental information. The unexpected change in mitigation specialists resulting from the car collision constitutes good cause to continue the Sentencing Hearing.

All PSR disclosure deadlines have now been met. There is therefore no need to modify the PSR disclosure schedule. This request follows a guilty plea so an exclusion of time pursuant

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

to the Speedy Trial Act is not required.  Assistant U.S. Attorney David Spencer has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  June 17, 2025

By   */s/ Todd D. Leras for*
    DAVID W. SPENCER
    Assistant United States Attorney

DATED: June 17, 2025

By   */s/ Todd D. Leras*
    TODD D. LERAS
    Attorney for Defendant
    LAMONT THIBODEAUX

## ORDER

GOOD CAUSE APPEARING BASED ON THE REPRESENTATIONS OF THE PARTIES, the Sentencing Hearing, set for June 23, 2025, is vacated.  The Sentencing Hearing in this matter is continued to August 25, 2025, at 9:30 a.m.   Further requests for continuance of this matter will not be granted in the absence of a compelling showing of good cause.

IT IS SO ORDERED.

Dated:   **June 17, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE