LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
LAMONT THIBODEAUX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00091 DAD-10 |
| Plaintiff, | |
| vs. | ORDER TO VACATE   SENTENCING HEARING AND SET DATE AS TO STATUS OF SETING SENTENCING HEARING |
| LAMONT MONTEZ THIBODEAUX, | |
| Defendant. | Court:     Hon. Dale A. Drozd<br>Date:      August 25, 2025 |

This matter is currently set for a Sentencing Hearing on August 25, 2025.  The Probation Department has completed and filed with the Court a Presentence Investigation Report (PSR) and Sentencing Recommendation.  Defendant Lamont Thibodeaux is released on pre-trial conditions and lives at his mother's house in Missouri City, Texas, a suburb of Houston.  He suffers from serious medical conditions resulting from clinical obesity and associated

ORDER VACATING SENTENCING
HEARING AND SETTING STATUS
AS TO SETTING SENTENCING HEARING

comorbidities. Defense counsel intends to present comprehensive records and reports as to Mr. Thibodeaux's physical condition in support of the defense sentencing request. The written plea agreement between the parties permits the defendant to urge whatever sentence he and his counsel deem appropriate.

As of early July 2025, and continuing to the present time, Congress has failed to approve supplemental funding to pay attorneys, investigators, and experts working on matters pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A (hereafter "CJA"). CJA payments to attorneys, experts, and investigators working on behalf of indigent defendants in federal cases is not expected to occur until, at the earliest, the beginning of the new fiscal year on October 1, 2025. This includes reimbursement of travel expenses such as hotel rooms, rental cars, and authorized per diem meal payments. A potential government shutdown may delay payments even longer than October 1, 2025, unless the House of Representatives and the Senate approve additional government funding in late September.

The practical result of the funding situation in this case is that it results in uncertainty as to when the investigator/mitigation specialist will receive payment for services performed and reimbursable expenses. The same is true for professional services rendered by defense counsel in the case. In addition, Defendant is indigent and will require financial assistance in travelling to Sacramento. Due to his physical condition, Mr. Thibodeaux presently weighs approximately 680 pounds, his travel expenses are anticipated to be far greater than an average indigent defendant who lives out of state. Defense counsel therefore request to vacate the Sentencing Hearing on August 25, 2025. It is further requested that the matter be set for a Status Conference as to Setting of a Sentencing Hearing Date on October 6, 2025, at 9:30 a.m.

ORDER VACATING SENTENCING
HEARING AND SETTING STATUS
AS TO SETTING SENTENCING HEARING

Defense counsel believes that the current CJA funding situation constitutes good cause for the request. October 6, 2025, is the first regular criminal calendar hearing date following the beginning of the new fiscal year. It is therefore the first date after which resumption of CJA payments may occur and selection of a Sentencing Hearing is possible. The parties will promptly set a new Sentencing Hearing if Congress approves a supplement to CJA funding before October 1, 2025.

The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. The government does not oppose the request because the procedural posture of the case does not impact on the public's interest in a speedy trial. Assistant U.S. Attorney David Spencer has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED: August 14, 2025

By   */s/ Todd D. Leras for*
DAVID W. SPENCER
Assistant United States Attorney

DATED: August 14, 2025

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
LAMONT THIBODEAUX

**ORDER**

ORDER VACATING SENTENCING
HEARING AND SETTING STATUS
AS TO SETTING SENTENCING HEARING

GOOD CAUSE APPEARING BASED ON THE REPRESENTATIONS OF DEFENSE COUNSEL, the Sentencing Hearing, set for August 25, 2025, is vacated. A Status Conference as to Scheduling of a Sentencing Hearing is set for October 6, 2025, at 9:30 a.m. The parties shall promptly select a new Sentencing Hearing if Congress approves supplemental CJA funding before October 1, 2025.

IT IS SO ORDERED.

Dated: **August 18, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER VACATING SENTENCING
HEARING AND SETTING STATUS
AS TO SETTING SENTENCING HEARING