LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
LAMONT THIBODEAUX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>LAMONT MONTEZ THIBODEAUX,<br><br>       Defendant. | Case No.: 2:19-cr-00091-DAD-10<br><br>ORDER TO SET A SENTENCING HEARING<br><br>Court:   Hon. Dale A. Drozd<br>Date:    October 6, 2025 |

This matter is currently set for a Status as to Setting a Sentencing Hearing on October 6, 2025. The Court granted a prior request to vacate a Sentencing Hearing, set on August 25, 2025, due to the lapse in funding to pay for appointed counsel, investigators, and expert witnesses the Criminal Justice Act, 18 U.S.C. § 3006A (hereafter "CJA"). By this Stipulation, the parties request to set a Sentencing Hearing on December 8, 2025, at 9:30 a.m.

ORDER SETTING
SENTENCING HEARING

Defendant Lamont Thibodeaux is released on pre-trial conditions and lives at his mother's house in Missouri City, Texas, a suburb of Houston. He suffers from serious medical conditions resulting from clinical obesity and associated comorbidities. Defense counsel by previous stipulation informed the Court and counsel that Mr. Thibodeaux intends to present comprehensive records and reports regarding his physical condition in support of the defense sentencing request. The written plea agreement between the parties permits the defendant to urge whatever sentence he and his counsel deem appropriate.

Since July 3, 2025, and continuing to the present time, Congress failed to approve supplemental funding to pay attorneys, investigators, and experts working on CJA matters. Payments were anticipated to resume, at the earliest, at the beginning of the new fiscal year on October 1, 2025. This includes reimbursement of travel expenses such as hotel rooms, rental cars, and authorized per diem meal payments. As of October 1, 2025, a government shutdown of uncertain duration started due to the failure of the Executive Branch and Congress to reach an agreement regarding funding the government and its services.

The practical result of the funding situation in this case is that it results in uncertainty as to when the investigator/mitigation specialist will receive payment for services performed and reimbursable expenses. The same is true for professional services rendered by defense counsel in the case. In addition, Defendant is indigent and will require financial assistance in travelling to Sacramento. Due to his physical condition, Mr. Thibodeaux presently weighs approximately 680 pounds, his travel expenses are anticipated to be far greater than an average indigent defendant who lives out of state.

Defense counsel requests to set a Sentencing Hearing on December 8, 2025, with the expectation that the government shutdown will resolve sufficiently in advance of that date to

ORDER SETTING
SENTENCING HEARING

allow the matter to proceed to sentencing.  The assigned prosecutor and probation officer agree with the proposal to set a Sentencing Hearing on the requested date.  If the government shutdown and funding crisis continue into mid-November 2025, defense counsel will request to continue the Sentencing Hearing based on good cause, or move for such other relief as may be warranted based on the failure to pay CJA counsel and service providers.

        The parties further request to modify the remaining Presentence Investigation Report (PSR) disclosure schedule as follows:

        1.   Reply/Sentencing Memorandum Date:      December 1, 2025

        The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  The government does not oppose the request because the procedural posture of the case does not impact on the public's interest in a speedy trial.  Assistant U.S. Attorney David Spencer has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  October 1, 2025

By   */s/ Todd D. Leras for*
     DAVID W. SPENCER
     Assistant United States Attorney

DATED: October 1, 2025

By   */s/ Todd D. Leras*
     TODD D. LERAS
     Attorney for Defendant
     LAMONT THIBODEAUX

///

///

///

///

ORDER SETTING
SENTENCING HEARING

**ORDER**

BASED ON THE DEFENSE REQUEST, the parties' stipulation and good cause appearing, a Sentencing Hearing as to defendant LAMONT THIBODEAUX, is rescheduled for December 8, 2025, at 9:30 a.m.  The Status as to Setting a Sentencing Hearing, scheduled for October 6, 2025, is vacated.  The Court adopts the remaining PSR disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: **October 2, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER SETTING
SENTENCING HEARING