LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
LAMONT THIBODEAUX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAMONT MONTEZ THIBODEAUX,<br><br>　　　　Defendant. | Case No.: 2:19-cr-00091-DAD-10<br><br>ORDER TO CONTINUE SENTENCING HEARING AND PARTIALLY MODIFY PSR DISCLOSURE SCHEDULE<br><br>Court:　Hon. Dale A. Drozd<br>Date:　　December 8, 2025 |

　　　This matter is currently set for a Sentencing Hearing on December 8, 2025. The Court previously continued the matter due to the lapse in funding to pay for appointed counsel, investigators, and expert witnesses under the Criminal Justice Act, 18 U.S.C. § 3006A (hereafter "CJA"). By this Stipulation, Defendant requests to continue the Sentencing Hearing until February 23, 2026, at 9:30 a.m.

ORDER CONTINUING
SENTENCING HEARING

Defendant Lamont Thibodeaux is released on pre-trial conditions and lives at his mother's house in Missouri City, Texas, a suburb of Houston. He suffers from serious medical conditions resulting from clinical obesity and associated comorbidities. Defense counsel by previous stipulation informed the Court and counsel that Mr. Thibodeaux intends to present comprehensive records and reports regarding his physical condition in support of the defense sentencing request. The written plea agreement between the parties permits the defendant to urge whatever sentence he and his counsel deem appropriate.

From July 3, 2025 until the beginning of the 2026 fiscal year on October 1, 2025, Congress failed to approve supplemental funding to pay attorneys, investigators, and experts working on CJA matters. Payments were anticipated to resume, at the earliest, at the beginning of the new fiscal year on October 1, 2025.

Between October 1, 2025 and November 13, 2025, a government shutdown occurred due to the failure of the Executive Branch and Congress to reach an agreement regarding funding the government. The President signed a continuing resolution on November 13, 2025, which authorized the payment of outstanding CJA attorney and service provider vouchers. The continuing resolution also funds CJA through January 30, 2026. Despite these developments, defense counsel and the investigator working with him on this case have not received back payments as of November 20, 2025. Back payments are presently being processed, but there is a significant backlog. Defense counsel and the investigator anticipate being paid as late as during the week of December 1, 2025.

The practical result of the continuing backlog in CJA payments is that defense counsel and the investigator are left with insufficient time to complete their sentencing mitigation investigation in Texas. They also do not presently have the financial ability to advance the

ORDER CONTINUING
SENTENCING HEARING

government travel expenses for the investigator to travel to and from Houston. In addition, Defendant is indigent and will require financial assistance in travelling to Sacramento. Due to his physical condition, Mr. Thibodeaux presently weighs approximately 680 pounds, his travel expenses are anticipated to be far greater than an average indigent defendant who lives out of state. The longstanding CJA financial backlog precludes defense counsel from advancing these travel costs to the government in time to proceed on December 8, 2025.

Defense counsel therefore requests to continue the Sentencing Hearing until February 23, 2026. By previous stipulation, defense counsel anticipated that this request would be necessary if the government shutdown and funding crisis continued into mid-November 2025 (ECF Document 750). Unfortunately, the prediction proved accurate. Given funding at least through January 30, 2026, defense counsel is in position to complete mitigation investigation before February 23, 2026.

Defendant further request to modify the remaining Presentence Investigation Report (PSR) disclosure schedule as follows:

1. Reply/Sentencing Memorandum Date:       February 16, 2026

The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. The government does not oppose the request because the procedural posture of the case does not impact on the public's interest in a speedy trial. The assigned probation officer has confirmed her availability on the requested Sentencing Hearing date. Assistant U.S. Attorney David Spencer has authorized Todd D. Leras via email to sign this stipulation on his behalf.

ORDER CONTINUING
SENTENCING HEARING

DATED:  November 20, 2025

By   */s/ Todd D. Leras for*
    DAVID W. SPENCER
    Assistant United States Attorney

DATED: November 20, 2025

By   */s/ Todd D. Leras*
    TODD D. LERAS
    Attorney for Defendant
    LAMONT THIBODEAUX

## ORDER

Pursuant to the stipulation of the parties, the defense request and good cause appearing, the Sentencing Hearing for Defendant Lamont Thibodeaux is continued from December 8, 2025, to February 23, 2026, at 9:30 a.m.  The Court adopts the remaining PSR disclosure schedule proposed by the parties. **However, no further continuances of the of the sentencing hearing in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **November 21, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
SENTENCING HEARING