LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
LAMONT THIBODEAUX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

LAMONT MONTEZ THIBODEAUX,

       Defendant.

Case No.: 2:19-cr-00091 DAD-10

ORDER TO CONTINUE SENTENCING
HEARING AND PARTIALLY MODIFY PSR
DISCLOSURE SCHEDULE

Court:      Hon. Dale A. Drozd
Date:      February 23, 2026

       This matter is currently set for a Sentencing Hearing on February 23, 2026.  The courtroom deputy notified the parties via email, on February 11, 2026, that the Court is not available during the week of February 23rd due to a scheduling conflict.  The parties have met and conferred, including confirming the availability of the assigned probation officer, regarding rescheduling the Sentencing Hearing.   By this Stipulation, the parties request to re-set the

ORDER CONTINUING
SENTENCING HEARING

Sentencing Hearing on March 30, 2026, at 9:30 a.m.

Defendant Lamont Thibodeaux is released on pre-trial conditions and lives at his mother's house in Missouri City, Texas, a suburb of Houston. He suffers from serious medical conditions resulting from clinical obesity and associated comorbidities. Due to the logistics of arranging transportation for Mr. Thibodeaux and his caregiver to attend his Sentencing Hearing in Sacramento, the defense is requesting the March 30th date.

Defendant further requests to modify the remaining Presentence Investigation Report (PSR) disclosure schedule as follows:

1. Reply/Sentencing Memorandum Date:        March 23, 2026

The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. The government does not oppose the request because the procedural posture of the case does not impact on the public's interest in a speedy trial. Assistant U.S. Attorney David Spencer has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  February 13, 2026

By    /s/ Todd D. Leras for
              DAVID W. SPENCER
              Assistant United States Attorney

DATED: February 13, 2026

By    /s/ Todd D. Leras
              TODD D. LERAS
              Attorney for Defendant
              LAMONT THIBODEAUX

ORDER CONTINUING
SENTENCING HEARING

**ORDER**

BASED ON THE COURT'S SCHEDULE AND THE DEFENSE REQUEST, the Sentencing Hearing, scheduled for February 23, 2026, is vacated.  The Sentencing Hearing for Defendant Lamont Thibodeaux is continued to March 30, 2026, at 9:30 a.m.  The Court adopts the remaining PSR disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated:   **February 13, 2026**   _____

DALE A. DROZD

UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
SENTENCING HEARING