LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
LAMONT THIBODEAUX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LAMONT MONTEZ THIBODEAUX,

        Defendant.

Case No.: 2:19-cr-00091-DAD-10

SEALING ORDER

Date:  March 30, 2026
Time:  9:30 a.m.
Court:  Hon. Dale A. Drozd

    Pursuant to Local Rule 141(b), Defendant's Request to Seal and the Declaration of

Attorney Todd D. Leras (including its attached Exhibit) shall be sealed until further order of this

Court.

    IT IS SO ORDERED.

    Dated:  **March 24, 2026**    _____

    DALE A. DROZD
    UNITED STATES DISTRICT JUDGE

SEALING ORDER